**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Laguna Fesitival Center, LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 2 – 2 9 6 4 0 7 3 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 520   Newport Center Drive<br>Number   Street<br>Suite 480<br><br>Newport Beach   CA   92660<br>City   State   ZIP Code<br><br>Orange County<br>County | _____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City   State   ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>805-859   Laguna Canyon Road<br>Number   Street<br><br>_____<br><br>Laguna Beach   CA   92651<br>City   State   ZIP Code |

| 5. | **Debtor's website** (URL) | N/A |
|---|---|---|

Debtor  Laguna Festival Center, LLC_____  Case number (*if known*)_____
　　　　Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ❏ Partnership (excluding LLP)
   - ❏ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ❏ Railroad (as defined in 11 U.S.C. § 101(44))
   - ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ❏ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   　5　3　1　3

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ❏ Chapter 7
   - ❏ Chapter 9
   - ☑ Chapter 11. *Check **all** that apply*:
     - ❏ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ❏ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ❏ A plan is being filed with this petition.
     - ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ❏ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ❏ Yes.　District _____　When _____　Case number _____
     　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
     　　　　District _____　When _____　Case number _____
     　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor  **Laguna Festival Center, LLC**                                   Case number (*if known*)_____
         <sub>Name</sub>

| | | |
|---|---|---|
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** <br><br> List all cases. If more than 1, attach a separate list. | ☐ No <br> ☑ Yes.   Debtor  See attached                                         Relationship _____ <br>         District _____   When   _____ <br>                                                                                                                            MM / DD / YYYY <br>         Case number, if known  _____ | |

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br>   **Why does the property need immediate attention?** (*Check all that apply.*) <br><br>   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>      What is the hazard? _____ <br><br>   ☐ It needs to be physically secured or protected from the weather. <br><br>   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br><br>   ☐ Other _____ <br><br>   **Where is the property?**_____ <br>                                            Number        Street <br>                                            _____ <br>                                            _____  _____ _____ <br>                                            City                                            State ZIP Code <br><br>   **Is the property insured?** <br>   ☐ No <br>   ☐ Yes. Insurance agency _____ <br>            Contact name        _____ <br>            Phone                   _____ |

### Statistical and administrative information

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000 <br> ☐ 50-99            ☐ 5,001-10,000       ☐ 50,001-100,000 <br> ☐ 100-199        ☐ 10,001-25,000     ☐ More than 100,000 <br> ☑ 200-999 |

Debtor _____    Case number *(if known)*_____
       Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/10/2025
                MM  / DD  / YYYY

✘ /s/ Mark Shinderman             Mark Shinderman
Signature of authorized representative of debtor      Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

✘ Christopher M. Samis           Date  03/10/2025
Signature of attorney for debtor              MM  / DD  / YYYY

Christopher M. Samis
Printed name
Potter Anderson & Corroon LLP
Firm name
1313      North Market Street, 6th Floor
Number   Street
Wilimington            DE     19801
City                        State    ZIP Code

(302) 984-6000          csamis@potteranderson.com
Contact phone              Email address

4909                    DE
Bar number                  State

## List of Affiliate Debtors Filing Chapter 11 Cases

| Debtor | Relationship | District | Filing Date |
|---|---|---|---|
| MOM CA Investco LLC | Affiliate | Delaware | February 28, 2025 |
| MOM AS Investco LLC | Affiliate | Delaware | February 28, 2025 |
| MOM BS Investco LLC | Affiliate | Delaware | February 28, 2025 |
| Aryabhata Group LLC | Affiliate | Delaware | March 10, 2025 |
| 694 NCH Apartments, LLC | Affiliate | Delaware | March 10, 2025 |
| 777 AT Laguna, LLC | Affiliate | Delaware | March 10, 2025 |
| 891 Laguna Canyon Road, LLC | Affiliate | Delaware | March 10, 2025 |
| Cliff Drive Properties DE, LLC | Affiliate | Delaware | March 10, 2025 |
| Duplex at Sleepy Hollow, LLC | Affiliate | Delaware | March 10, 2025 |
| Heisler Laguna, LLC | Affiliate | Delaware | March 10, 2025 |
| Hotel Laguna, LLC | Affiliate | Delaware | March 10, 2025 |
| Laguna Art District Complex, LLC | Affiliate | Delaware | March 10, 2025 |
| Laguna Festival Center, LLC | Affiliate | Delaware | March 10, 2025 |
| Retreat at Laguna Villas, LLC | Affiliate | Delaware | March 10, 2025 |
| Sunset Cove Villas, LLC | Affiliate | Delaware | March 10, 2025 |
| Tesoro Redlands DE, LLC | Affiliate | Delaware | March 10, 2025 |
| 4110 West 3rd Street DE, LLC | Affiliate | Delaware | March 10, 2025 |
| 314 S. Harvard DE, LLC | Affiliate | Delaware | March 10, 2025 |
| Laguna HI, LLC | Affiliate | Delaware | March 10, 2025 |
| Laguna HW, LLC | Affiliate | Delaware | March 10, 2025 |
| The Masters Building, LLC | Affiliate | Delaware | March 10, 2025 |
| 837 Park Avenue, LLC | Affiliate | Delaware | March 10, 2025 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Laguna Festival Center, LLC | Case No. [____] (__) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following is a list of any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of equity interests in the above-caption debtor.

| EQUITY HOLDER | PERCENTAGE OF TOTAL EQUITY |
|---|---|
| MOM BS Investco LLC | 100% |

## WRITTEN CONSENT OF THE SOLE MANAGING MANAGER
## OF LAGUNA FESTIVAL CENTER, LLC

**March 10, 2025**

WHEREAS, MOM BS Investco LLC, a Delaware Limited Liability Company and the sole Member (the "Member") of Laguna Festival Center, LLC, a Delaware Limited Liability Company (the "Company"), does hereby consent to, adopt, and approve by written consent, in accordance with section 18-302 of the Delaware Limited Liability Company Act, the following resolutions and each and every action affected thereby;

WHEREAS, pursuant to the Amended and Restated Limited Liability Company Agreement of the Company, the Company is managed by the Member and the Member is responsible for the day to day management of the Company's business and has all rights and powers generally conferred by law or necessary, advisable or consistent in connection therewith, including the authority to execute all documents on behalf of the Company;

WHEREAS, the Member previously delegated certain authority to Robbin L. Itkin (the "Independent Manager") and entered into an Independent Manager Service Agreement dated March 4, 2025 (the "Service Agreement") in connection therewith, which agreement authorizes the Independent Manager to act on behalf of the Member with respect to the Bankruptcy Petition (as defined below) and subsequent actions under the Bankruptcy Code (as defined below);

WHEREAS, in the business judgment of the Independent Manager, it is desirable and in the best interests of the Company that the Company shall be, and hereby is, in all respects, authorized to file, or cause to be filed, a voluntary petition (a "Bankruptcy Petition") for relief commencing a case (the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, the Service Agreement contemplates that the Independent Manager will oversee the actions of Mark Shinderman (the "Authorized Person") to carry out the intent and purpose of the following resolutions, perform the obligations of the Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions contemplated by the below resolutions, which oversight by the Independent Manager includes the right to be the final decisionmaker on behalf of the Company and which decision shall be the decision of the Company (the "Independent Manager Decision");

WHEREAS, the Independent Manager has reviewed and considered information available to it and presented by its advisors, as applicable, regarding the liabilities, assets, and liquidity of the Company, the strategic alternatives available to the Company, and the impact of the foregoing on the financial and operational condition of the Company;

WHEREAS, the Independent Manager has reviewed and considered the advisability and need for the Authorized Person to take further actions to carry out the intent and purpose of the following resolutions, perform the obligations of the Company under the Bankruptcy Code, and pay fees and expenses in connection with the transactions contemplated by the below resolutions;

WHEREAS, the Independent Manager has reviewed and considered certain actions that may have been taken previously by directors, officers, employees, managers, members, or agents of the Company, as the case may be, in connection with or with respect to the matters set forth in the below resolutions; and

WHEREAS, the Independent Manager desires to approve the following resolutions with respect to the Company.

## **CHAPTER 11 CASE**

NOW, THEREFORE, BE IT RESOLVED, that the Independent Manager hereby authorizes and empowers the Authorized Person in the name and on behalf of the Company, to execute and file a petition to commence a case and obtain relief under chapter 11 of the Bankruptcy Code (a case commenced as a result of the voluntary petition, a "Chapter 11 Case" and, collectively and jointly with any cases to be commenced by an affiliate of the company (the "Affiliated Companies"), the "Chapter 11 Cases") in the Bankruptcy Court and to cause the schedules, lists, applications, pleadings, and other motions, papers, agreements, consents, or any other documents to be prepared or filed, and take any and all actions that they deem necessary or proper to obtain relief from the Bankruptcy Court, including, without limitation, any action necessary to maintain the operation of the Company's business in the ordinary course;

## **RETENTION OF PROFESSIONALS**

IT IS FURTHER RESOLVED, that the Independent Manager hereby authorizes and empowers the Authorized Person, in the name and on behalf of the Company, to employ or continue to employ certain firms as counsel, consultants, professionals, or financial advisors to the Company as such Authorized Person may deem advisable, appropriate, convenient, desirable, or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, that the Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, cause to be filed appropriate applications for authority to retain the services of such firms and perform any other actions in connection therewith;

IT IS FURTHER RESOLVED, that the Authorized Person be, and hereby is, authorized and directed to employ (a) the law firm of Buchalter, a Professional Corporation ("Buchalter"), as lead restructuring counsel, (b) the law firm of Potter Anderson & Corroon LLP ("Potter Anderson"), as restructuring co-counsel, local counsel, and, to the extent necessary, conflicts counsel, (c) FTI Consulting, Inc. ("FTI"), acting through the Authorized Person or such other person as may be determined by the Authorized Person, as chief restructuring officer of the Company, and (d) any other legal counsel, accountant, financial advisor, claims agent, restructuring advisor, broker, or other professional the Authorized Person deems necessary, appropriate, or advisable to retain (together with Buchalter, Potter Anderson, and FTI, the "Retained Professionals") in each case, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, the Authorized Person, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, cause to be

filed an appropriate application for authority to retain the services of each of the Retained Professionals and perform any other actions in connection therewith;

IT IS FURTHER RESOLVED, that the Authorized Person be, and hereby is, with power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, claims agents, and other professionals and to take and perform any and all further acts and deeds that the Authorized Person deems necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of such case;

## **GENERAL**

IT IS FURTHER RESOLVED, that the Authorized Person is authorized and directed to take such further action and execute such additional documents as the Authorized Person deems necessary or appropriate to carry out the purposes of the foregoing resolutions;

IT IS FURTHER RESOLVED, that any and all lawful acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions and done in the name of and on behalf of the Company, which would have been approved by the foregoing resolutions if these resolutions had been adopted before such acts were taken, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Company; and

IT IS FURTHER RESOLVED, that for the avoidance of doubt, any and all actions taken or decisions made by the Authorized Person subject to the foregoing resolutions are subject to the Independent Manager Decision.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned has executed this Consent on the date first set forth above.

MOM BS Investco LLC, sole Member of Laguna Festival Center, LLC

By: /s/ *Robbin L. Itkin*
Name: Robbin L. Itkin
Title: Independent Manager

**Fill in this information to identify the case:**

Debtor name: MOM CA Investco LLC, et al.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 25-10321

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Cantor Group IV LLC**<br>520 Newport Center Dr<br>Suite 480<br>Newport Beach, CA 92660 | Cantorgroupiv@gmail.com | Loan | | $70,840,000.00 | Unknown | Unknown |
| 2 | **Coastline Santa Monica Investments LLC**<br>520 Newport Center Dr<br>Suite 480<br>Newport Beach, CA 92660 | Coastlinesantamonica@outlook.com | Loan | | $29,485,896.48 | Unknown | Unknown |
| 3 | **Cantor Group V LLC**<br>520 Newport Center Dr<br>Suite 480<br>Newport Beach, CA 92660 | Cantorgroupv@gmail.com | Loan | | $10,000,000.00 | Unknown | Unknown |
| 4 | **Allen Matkins**<br>865 S Figueroa St<br>Suite 2800<br>Los Angeles, CA 90017 | P: 949-553-1313<br>demmel@allenmatkins.com | Professional Services | | | | $2,488,807.74 |
| 5 | **My Laguna Stay Inc.**<br>24351 Armada Dr<br>Dana Point, CA 92629 | P: 760-659-3986<br>vacation@everydaylux.com | Vendor | | | | $185,205.73 |
| 6 | **BPM LLP**<br>2001 N Main St<br>Suite 360<br>Walnut Creek, CA 94596 | P: 925-296-1040<br>mrowe@bmp.com | Professional Services | | | | $97,032.28 |
| 7 | **Prenovost Normandin**<br>2122 N Broadway<br>Suite 200<br>Santa Ana, CA 92706 | P: 714-547-2444<br>receptionist@pnbd.com | Professional Services | | | | $90,823.50 |
| 8 | **Cal Star Services**<br>PO Box 1172<br>Loma Linda, CA 92354 | P: 951-850-9998<br>info@calstar.com | Vendor | | | | $88,010.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | **Worldwide Produce**<br>PO Box 745159<br>Los Angeles, CA 90074-5159 | P: 213-747-4411<br>shawnb@wwproduce.com | Vendor | | | | $71,493.54 |
| 10 | **The Chef's Warehouse West Coast LLC**<br>PO Box 601154<br>Pasadena, CA 91189-1154 | P: 626-465-4200<br>chef@chefswarehouse.com | Vendor | | | | $52,512.50 |
| 11 | **Regal Court Reporting**<br>1551 N Tustin Ave #750<br>Santa Ana, CA 92705 | P: 866-228-2685<br>info@regalcourtreporting.com | Professional Services | | | | $48,366.39 |
| 12 | **Newport Meat Company**<br>PO Box 19726<br>Irvine, CA 92623 | P: 949-399-4299<br>tonys@newportmeat.com | Vendor | | | | $35,639.15 |
| 13 | **Santa Monica Seafood Company**<br>18531 S Broadwick St<br>Rancho Dominguez, CA 90220 | P: 800-969-8862<br>orders@smseafood.com | Vendor | | | | $34,906.23 |
| 14 | **A&S Accounting Solutions**<br>321 5th St<br>Huntington Beach, CA 92648 | P: 714-536-6828<br>audra@asaccountingsolutions.com | Professional Services | | | | $30,000.00 |
| 15 | **Fuscoe**<br>16795 Von Karmen<br>Suite 100<br>Irvine, CA 92602 | P: 949-474-1960<br>ar-invoices@fuscoe.com | Vendor | | | | $29,500.00 |
| 16 | **Traker Development**<br>260 Newport Center Dr<br>Suite 410<br>Newport Beach, CA 92660 | P: 949-999-0834<br>jim_trammell@yahoo.com | Vendor | | | | $26,250.00 |
| 17 | **US Foods**<br>File 6993<br>Los Angeles, CA 90074-6993 | P: 714-670-3500<br>tradeinvoices@usfoods.com | Vendor | | | | $26,207.07 |
| 18 | **Liberty Landscaping Inc.**<br>5212 El Rivino Rd<br>Riverside, CA 92509 | P: 951-683-2999<br>office@libertylandscaping.com | Vendor | | | | $23,029.00 |
| 19 | **Reece Bath & Kitchen**<br>PO Box 740039<br>Los Angeles, CA 90074-0039 | P: 714-459-5019<br>ecomsupport@reece.com | Vendor | | | | $21,528.33 |
| 20 | **Kendall Brill & Kelly LLP**<br>10100 Santa Monica Blvd<br>Suite 1725<br>Los Angeles, CA 90067 | P: 310-556-2700<br>mender@kbkfirm.com | Professional Services | | | | $20,303.06 |
| 21 | **D&D Wholesale**<br>777 Baldwin Park Blvd<br>City of Industry, CA 91746 | P: 626-333-2111<br>ddwholesaler@gmail.com | Vendor | | | | $19,940.65 |
| 22 | **Pro-Line Electrical Contractors, Inc.**<br>360 E 1st St #169<br>Tustin, CA 92780 | P: 714-832-1187<br>info@prolineelectrical.com | Vendor | | | | $18,974.50 |
| 23 | **Southern California Grading**<br>16291 Construction Circle E<br>Suite A<br>Irvine, CA 92606 | P: 949-551-6655<br>estimating@socalgrading.com | Vendor | | | | $17,284.35 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 | **Smart Key Locksmith**<br>25211 Sunnymead Blvd<br>Suite C-4<br>Moreno Valley, CA 92553 | P: 951-544-2544<br>smartkeylocksmiths@yahoo.com | Vendor | | | | **$16,380.50** |
| 25 | **International Marine Products Inc.**<br>3020 E Washington Blvd<br>Los Angeles, CA 90023 | P: 213-893-6123<br>order@intmarine.com | Vendor | | | | **$15,963.24** |
| 26 | **Standard Air Mechanical Inc.**<br>PO Box 5803<br>Norco, CA 92860 | P: 909-896-1825<br>felix96@live.com | Vendor | | | | **$15,630.00** |
| 27 | **Trend Systems Group**<br>2126 S Standard Ave<br>Santa Ana, CA 92708 | P: 714-936-6545<br>reice@trendsystems.net | Vendor | | | | **$15,506.52** |
| 28 | **Vierergruppe Management Inc.**<br>1932 E Deere Ave<br>Suite 150<br>Santa Ana, CA 92705 | P: 949-546-5452<br>brian@vgruppemanagement.com | Vendor | | | | **$14,486.57** |
| 29 | **SureTech Insurance Company**<br>2103 City West Blvd<br>Suite 1300<br>Houston, TX 77042 | P: 800-446-6671<br>zoe.zuo@amwins.com | Vendor | | | | **$13,503.00** |
| 30 | **Camacho's Plumbing and Welding**<br>5590 W Mission Blvd<br>Ontario, CA 91762 | P: 909-961-3912<br>jose@camachorepair.com | Vendor | | | | **$12,420.00** |

**Fill in this information to identify the case and this filing:**

Debtor Name  Laguna Festival Center, LLC

United States Bankruptcy Court for the: _____  District of Delaware
(State)

Case number (*If known*): _____

# Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D:  Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F:  Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G:  Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H:  Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule*
- ✗ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ✗ Other document that requires a declaration **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/10/2025        ✗ */s/ Mark Shinderman*
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                  Mark Shinderman
                                  Printed name

                                  Chief Restructuring Officer
                                  Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Joint Administration Requested) |

## CERTIFICATION OF DEBTORS' CREDITOR MATRIX

In accordance with rule 1007(a) of the Federal Rules of Bankruptcy Procedure and rule 1007-2(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), a list of creditors (the "Creditor Matrix") of the above-captioned debtors and debtors in possession (the "Debtors") is filed by attachment hereto.

The Creditor Matrix has been prepared from the Debtors' books and records. The undersigned, Mark Shinderman of the Debtors, hereby certifies that the Creditor Matrix contains the names and addresses of all creditors of the Debtors that could be ascertained after diligent inquiry, based on a review of the Debtors' books and records and is consistent with the information contained therein. To the extent practicable, the Creditor Matrix complies with Local Rule 1007-2(a). The Debtors reserve the right to amend or supplement the Creditor Matrix as necessary.

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 at Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], and 837 Park Avenue, LLC [3229]. The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660. For purposes of this representation, Hotel Laguna, LLC is represented solely by Potter Anderson & Corroon LLP and is not represented by Buchalter, A Professional Corporation.

Although the information contained in the Creditor Matrix is based on a review of the Debtors' books and records, the Debtors have not completed a comprehensive legal and/or factual investigation with regard to possible defenses of the Debtors and their estates to any claims of the potential claimants included in the Creditor Matrix. In addition, certain of the parties included in the Creditor Matrix may not hold outstanding claims as of the date hereof, and therefore may not be creditors of the Debtors and their estates for purposes of these chapter 11 cases. Therefore, the Creditor Matrix does not and should not be deemed or otherwise construed to constitute either (i) a waiver of any defense of the Debtors and their estates to any claim that may be asserted against the Debtors or their estates or (ii) an acknowledgement or admission of the validity, priority, or amount of any claim that may be asserted against the Debtors or their estates.

Dated: March 10, 2025

*_/s/ Mark Shinderman_*
Mark Shinderman
Chief Restructuring Officer